**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DANEA COUNTACH, ) | | 3:18-cv-00355-RCJ-WGC |
| ) | | |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| vs. ) | | |
| ) | | November 22, 2019 |
| UNITED STATES POSTMASTER ) | | |
| GENERAL MEGAN J. BRENNAN, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Motion to Extend Time to File Response to Complaint (ECF No. 29).

Good cause appearing, Defendant's Motion to Extend Time to File Response to Complaint (ECF No. 29) is **GRANTED**.  Defendant shall have to and including **December 20, 2019**, in which to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:      /s/                              
Deputy Clerk