# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DANEA S. COUNTACH,

    Plaintiff,

v.

UNITED STATES POSTMASTER
GENERAL MEGAN J. BRENNAN,

    Defendant.

Case No.: 3:18-cv-00355-RCJ-WGC

**Order**

Re: ECF Nos. 32, 33, 36

Plaintiff has filed motions request the entry of default and default judgment, asserting that Defendant has failed to appear and answer the complaint. (ECF Nos. 32, 33.) Defendant filed responses to the motions, arguing that the motions should not be granted because Defendant requested and was granted an extension of time to file a response to the complaint. (ECF Nos. 37, 38.)

The court agrees with Defendant that there is no basis for entry of default or default judgment because Defendant was granted an extension until December 20, 2019, to file a response to the operative complaint. Therefore, Plaintiff's motions (ECF Nos. 32, 33) are **DENIED**.

Plaintiff has also filed a motion for extension of time under Federal Rule of Civil Procedure 6(b), indicating Plaintiff does not have access to electronic filing, and asks for an order extending time to otherwise plead up to December 4, 2019. (ECF No. 36.) Defendant filed a response. (ECF No. 39.)

It is unclear whether Plaintiff seeks a specific extension of time to file a document, or is seeking a blanket order for extensions when filing documents with the court because Plaintiff is not an electronic filer. Since Plaintiff's motion does not make a request with respect to a particular

deadline, the motion (ECF No. 36) is **DENIED**. Plaintiff is advised that under Federal Rule of Civil Procedure 6(d), when Plaintiff is required to act within a specified time after being served, and service is made on Plaintiff via mail, three days are added after the period would otherwise expire under Rule 6(a).

**IT IS SO ORDERED**.

Dated: December 9, 2019.

William G. Cobb
United States Magistrate Judge