NICHOLAS A. TRUTANICH
United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
Bruce R. Thompson United States Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Greg.Addington@usdoj.gov
Attorney for United States Postmaster General

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANEA S. COUNTACH, | 3:18-cv-355-RCJ-WGC |
| Plaintiff, | STIPULATION OF DISMISSAL AND ORDER THEREON |
| v. | |
| UNITED STATES POSTMASTER GENERAL MEGAN J. BRENNAN, | |
| Defendant. | |

Plaintiff Danea S. Countach and defendant United States Postmaster General Megan J. Brennan hereby stipulate and agree that this action be and is dismissed with prejudice pursuant to Rule 41(a)(2),

//
//
//
//

1

Fed.R.Civ.P., with each party to bear their own costs and expenses of litigation, including attorneys' fees.

_____       _____
DANEA S. COUNTACH               GREG ADDINGTON
Plaintiff, Pro Se               Assistant United States Attorney

IT IS SO ORDERED

Date: May 14, 2020.

_____
UNITED STATES DISTRICT JUDGE

2